UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **SYE NEWTON,** | : | CIV NO. 3:23-CV-1469 |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| v. | : | (Magistrate Judge Carlson) |
| | : | |
| **CORDT CULLEN AKERS,** | : | |
| | : | |
| **Defendant.** | : | |

### ORDER

AND NOW on this 6th day of February 2024, in accordance with the accompanying memorandum, IT IS ORDERED pursuant to 28 U.S.C. § 1406(a) that this case is transferred to the United States District Court for the Southern District of Texas for all further proceedings.

*S/ Martin C. Carlson*
Martin C. Carlson
United States Magistrate Judge

1